UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

LUAN ROGOVA,

Plaintiff,

v.

MARKWAYNE MULLIN, Secretary U.S. Department of Homeland Security; JOSEPH B. EDLOW, Director of U.S. Citizenship and Immigration Services; TODD BLANCHE, Attorney General,

Defendants.

---------------------------------------------------------------x

**STIPULATION OF DISMISSAL**
**<u>WITHOUT PREJUDICE</u>**

Civil Action No.
26-cv-5718

(Garaufis, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: New York, New York
October 3, 2026

THE SHOLLA LAW FIRM

By: *<u>/s/ Patrick Crowley</u>*
Patrick Crowley, Esq.
150 Broadway, Suite 1300
New York, New York 10038
(212) 680-4636
pcrowley@shollalawfirm.com
*Counsel for Plaintiff*

Dated: Brooklyn, New York
October 3, 2026

JOSEPH NOCELLA, JR.
United States Attorney

By: *<u>/s/ Brandt Henslee</u>*
Brandt Henslee
Assistant United States Attorney
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201
(718) 254-6094
brandt.henslee@usdoj.gov
*Counsel for Defendants*

## CERTIFICATION

I, Brandt Henslee, hereby certify and affirm that counsel for the Plaintiff has authorized me to affix their electronic signature to this Stipulation and [Proposed] Order.

*/s/Brandt Henslee*
Brandt Henslee

**SO ORDERED:**
Dated: Brooklyn, New York
November 4, 2026

s/Nicholas G. Garaufis
THE HONORABLE NICHOLAS G. GARAUFIS
United States District Judge
Eastern District of New York